UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DAVID HEYMAN

                Plaintiff,

-against-

         09 CIVIL 2238 (   )

USA

                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        ER 7085

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: Brecher Fishman

    To: Rothstein Law PLLC

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] *Address:* 11 Park Place Suite 1801 NY NY 10007

[ ] *Telephone Number:* 212 385 8015

[ ] *Fax Number:* 212 385 7845

[ ] *E-Mail Address:* Eric@RothsteinLawNY.com

Dated: 5-1-09           E Net