UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
            :
DAVID HEYMAN,            :
            :
            Plaintiff,    :   ORDER
            :
  -v.-    :
            :   09 Civ. 2238 (GWG)
UNITED STATES OF AMERICA,   :
            :
            Defendant.   :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/10

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The Court is in receipt of a letter dated April 19, 2010, from the Government seeking to make a motion for summary judgment. The pre-motion conference requirement is waived. The motion shall be filed on or before May 11, 2010. Briefing thereafter shall proceed in accordance with paragraphs 2.B through 2.H of this Court's Individual Practices.

Dated: New York, New York
       April 20, 2010

                                      SO ORDERED:

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge