PREET BHARARA
United States Attorney for the
Southern District of New York
By: BERTRAND MADSEN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone:  (212) 637-2715
Facsimile:  (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                                              :
DAVID HEYMAN,                                                 :
                                                              :      09 Civ. 2238 (GWG)
                         Plaintiff,                           :
                                                              :
       v.                                                     :
                                                              :      DEFENDANT'S STATEMENT
UNITED STATES OF AMERICA,                                     :      PURSUANT TO LOCAL CIVIL
                                                              :      RULE 56.1
                         Defendant.                           :
                                                              :
                                                              :
--------------------------------------------------------------x

        Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Court for the

Southern District of New York, defendant United States of America (the "Government") states

that there is no genuine issue to be tried with respect to the following facts:

        1.      During the night of December 9, 2007, the Satellite Camp of the Federal

        Correctional Institution in Otisville, New York ("FCI Otisville," "the prison camp,"

        or "the camp") experienced a snow and ice storm.  Transcript of Deposition of

        Maurice Napoli ("Napoli Tr.") at 39:10-12, 39:21-22; 41:15-21 (a copy of the pages

        of the Napoli Tr. that are cited by the Government are attached as Exhibit 1 to the

        Declaration of Bertrand Madsen, dated May 10, 2010 ("Madsen Decl."));

Transcript of Deposition of Jeffrey North ("North Tr.") at 17:1 (a copy of the pages

of the North Tr. that are cited by the Government are attached as Exhibit 2 to the

Madsen Decl.); Transcript of Deposition of David Heyman ("Heyman Tr.") at 72:7-

14 (a copy of the pages of the Heyman Tr. that are cited by the Government are

attached as Exhibit 3 to the Madsen Decl.); Meteorological Records on File in the

National Climatic Data Center, Asheville, North Carolina ("Weather Reports") at

21 (showing freezing rain ("FZRA") starting at 6:07 p.m. on December 9, 2007); *id.*

at 22 (freezing rain); *id.* at 25 (showing freezing rain ending at 2:13 a.m. on

December 10, 2007) (the Weather Reports, and a certification from Thomas F.

Ross, Records Custodian, Data Administrator of the National Climatic Data Center,

are attached as Exhibit 4 to the Madsen Decl.).

2.       On the morning of December 10, 2007, inmates in charge of snow and ice removal

at the prison camp (the "Orderlies") were working to clear the snow and ice from

the grounds around the camp, applying sand and salt to the parking lot areas, and

salt to the sidewalks around the building in which the inmates were housed (the

"Main Building").  North Tr. at 25:18-27:7; Napoli Tr. at 45:4-13, Exhibit 2 to

Napoli Tr.

3.       On the morning of December 10, 2007, inmates had placed salt on the sidewalks by

the Main Building.  North Tr. at 26:20-23, 27:4-7.

4.       From approximately 10:30 a.m. to approximately 11:15 a.m., the temperature rose

to above-freezing levels and, at approximately 11:15 a.m., the temperature dropped

to below-freezing levels again.  Weather Reports at 25.

5.    At approximately 11:30 on the morning of December 10, 2007, Plaintiff slipped

and fell on a patch of ice on a sidewalk along the Main Building.  *See* Heyman Tr.

at 75:21-76:4, 77:18-79:6; 97:24-98:9, 100:25-101:8, Exhibit 2 to Heyman Tr.

6.    No Government employee had notice of the patch of ice on which Plaintiff fell

before his fall.  Declaration of Jeffrey North, dated May 6, 2010, at ¶ 3; Declaration

of Ted Overton, dated May 6, 2010, at ¶ 5.

7.    The ice patch upon which Plaintiff fell may have been caused by a rise in the

temperature above freezing between 10:30 a.m. and 11:15 a.m. on December 10,

2007, followed by a drop in temperature below freezing after 11:15 a.m.  Weather

Reports at 25.

Dated:  New York, New York
        May 10, 2010

                       Respectfully submitted,

                       PREET BHARARA
                       United States Attorney for the
                       Southern District of New York

By:    _____
                       BERTRAND MADSEN
                       Assistant United States Attorney
                       86 Chambers Street
                       New York, New York 10007
                       Telephone:  (212) 637-2715
                       Facsimile:  (212) 637-2750